UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYRA QUEEN FELCIANO,

          Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CIVIL ACTION NO.: 20 Civ. 6183 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 19, 2021, Defendant Commissioner of Social Security ("Defendant") filed a letter-motion requesting an extension of time to file the certified administrative record ("CAR") until March 22, 2021. (ECF No. 14). The Court granted Defendant's application. (ECF No. 15). Defendant has not filed the CAR or requested a further extension of this deadline. Accordingly, the Court EXTENDS Defendant's deadline to file the CAR until **Wednesday, March 31, 2021.**

Dated:    New York, New York
          March 26, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**