UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYRA QUEEN FELCIANO,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 6183 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 8, 2021, Defendant Commissioner of Social Security ("Defendant") filed a letter-motion requesting an extension of time to file its cross-motion for judgment on the pleadings (the "Cross-Motion") from November 8, 2021 until yesterday, November 15. (ECF No. 27). The Court granted the Commissioner's application. (ECF No. 28). The Commissioner has not filed its Cross-Motion or requested a further extension of the Court's deadline.

Accordingly, as a courtesy, the Court EXTENDS the Commissioner's deadline to file the Cross-Motion, nunc pro tunc, until **Monday, November 22, 2021.**

Dated:    New York, New York
            November 16, 2021

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**