UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MYRA Q.F.,

                     Plaintiff,

     -against-                                        20 **CIVIL** 6183 (GRJ)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 17, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this case is REMANDED for calculation of benefits; accordingly, the case is closed.

**Dated:** New York, New York

        March 17, 2022

                                                            **RUBY J. KRAJICK**

                                                               Clerk of Court

                               BY:

                                                              **Deputy Clerk**