**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MYRA QUEEN FELICIANO,

                Plaintiff,                20 **CIVIL** 6183 (GRJ)

     -v-                         **AMENDED JUDGMENT**

ACTING COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2022, the Commissioner's Motion for Reconsideration and Modification of the March 17, 2022 Decision and Order and March 17, 2022 Judgment, Docket No. 37, is GRANTED. The Decision and Order, Docket No. 35, is modified to provide that Plaintiff's Motion for Judgment on the Pleadings, Docket No. 24, is GRANTED, the Commissioner's Motion for Judgment on the Pleadings, Docket No. 30, is DENIED, and the case is remanded for further administrative proceedings.

**Dated:**  New York, New York
          May 19, 2022

                                            **RUBY J. KRAJICK**

                                               **Clerk of Court**
                            **BY:**    *K. Mango*
                                                  **Deputy Clerk**