UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
MYRA QUEEN FELICIANO

                      Plaintiff,                      <u>ORDER</u>
                                                                             1:20-CV-06183-GRJ

     v.

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------

GARY R. JONES, United States Magistrate Judge:

     Pending before the Court is Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket No. 41.) The parties have filed a Stipulation, (Docket No. 46) stipulating that Plaintiff should be awarded ten thousand three hundred thirty-one dollars and ten cents ($10,331.10) in attorney's fees under the Equal Access to Justice Act.

     Upon due consideration, it is **ORDERED**:

     1.    Plaintiff is awarded attorney's fees under the EAJA in the amount of **$10,331.10**. The payment of attorney's fees is subject to any offsetting debt owed by the Plaintiff to the United States. Before the Commissioner shall be obligated to pay the EAJA fees and costs, the Commissioner must determine whether Plaintiff owes a debt to the

government. In the event the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner must then pay the fees directly to Plaintiff's counsel.

2. The Clerk must **TERMINATE** Plaintiff's Motion for Attorney's Fees (Docket No. 41) as a pending motion and then close the file.

Dated: July 18, 2022        *s/ Gary R. Jones*
                                     GARY R. JONES
                                     United States Magistrate Judge