**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MYRA QUEEN FELICIANO,

        Plaintiff,        20 **CIVIL** 6183 (GRJ)

    -against-          <u>**JUDGMENT**</u>
                 **For Attorney's Fees**

COMMISSIONER OF SOCIAL SECURITY,
         Defendant.
----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated July 18, 2022, Plaintiff is awarded attorney's fees under the

EAJA in the amount of $10,331.10. The payment of attorney's fees is subject to any offsetting

debt owed by the Plaintiff to the United States. Before the Commissioner shall be obligated to

pay the EAJA fees and costs, the Commissioner must determine whether Plaintiff owes a debt to

the government. In the event the United States Department of the Treasury determines that

Plaintiff does not owe a federal debt, the Commissioner must then pay the fees directly to

Plaintiff's counsel; accordingly, the case is closed.

**Dated:**  New York, New York
     July 18, 2022

               **RUBY J. KRAJICK**
              _____
                **Clerk of Court**

        **BY:**    _K. Mango_
              _____
                **Deputy Clerk**